Volume I of I

79,497-06

**SUPPLEMENTAL TRANSCRIPT**

Trial Court No. D-1-DC-12-904028-B

In the 390TH Judicial District Court of Travis County, Texas,
Honorable JULIE KOCUREK,
Judge Presiding.

Ex Parte: KEITH TAYLOR, Applicant

APPLICATION FOR POST CONVICTION WRIT OF HABEAS CORPUS transmitted to the
Court of Criminal Appeals for the State of Texas, at Austin, Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 25 2015

Abel Acosta, Clerk

Attorney for Applicant
**PRO SE**

Attorney for State:
**MR. ROSEMARY LEHMBERG**, District Attorney
Travis County, Texas
P.O. Box 1748
Austin, Texas   78767

DELIVERED to the Court of Criminal Appeals for the State of Texas, at Austin, Texas, on the _____ day of _____ 2015.

VELVA L. PRICE
District Clerk, Travis County, Texas

By: _____
JESSICA CONTRERAS, Deputy

**Court of Criminal Appeals No.** _____
FILED in the Court of Criminal Appeals for the State of Texas, at Austin, Texas, this
_____ day of _____, _____.

ABEL ACOSTA, Clerk
By: _____, Deputy

# Index

CAPTION....................................................................................................................1

TRIAL COURT'S REQUEST FOR EXTENSION OF TIME TO PREPARE
FINDING OF FACTS AND CONCLUSIONS OF LAW AND TO FORWARD SAID
FINDINGS AND CONCLUSIONS ALONG WITH SUPPLEMENTAL RECORD ...................2

CLERK'S RECORD CERTIFICATE......................................................................6

## CAPTION

**THE STATE OF TEXAS**

**COUNTY OF TRAVIS**

In the **390TH JUDICIAL DISTRICT COURT** of Travis County, Texas, the Honorable **JULIE KOCUREK**, Judge Presiding, the following proceedings were held and the following instruments and other papers were filed in this cause, to-wit:

Trial Court Cause Number: **D-1-DC-12-904028-B**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 390TH JUDICIAL DISTRICT COURT |
| VS. | OF |
| **KEITH TAYLOR** | TRAVIS COUNTY, TEXAS |

**APPLICATION FOR POST CONVICTIN WRIT OF HABEAS CORPUS**

## NO. WR-79,497-05 & 79,497-06

### IN THE

### COURT OF CRIMINAL APPEALS

### FOR THE STATE OF TEXAS

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | OF TRAVIS COUNTY, TEXAS |
| KEITH TAYLOR | § | 390TH DISTRICT COURT |

D1DC 11-300144 & D1DC 12-904028-B

## TRIAL COURT'S REQUEST FOR EXTENSION OF TIME TO PREPARE FINDING OF FACTS AND CONCLUSIONS OF LAW AND TO FORWARD SAID FINDINGS AND CONCLUSIONS ALONG WITH SUPPLEMENTAL RECORD

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

The 390th Judicial District Court of Travis County respectfully moves for an extension of time to comply with this Court's order to prepare findings of fact and conclusions of law regarding the claims raised in Applicant's writ application and, in accordance with Tex. R. App. Proc. 10.5(b), the trial court submits the following:

(a)     Applicant pled to the offense of aggravated robbery and solicitation to commit capital murder on **April 27, 2012.**

(b)     On **December 4, 2014,** the Applicant filed an Application for a Writ of Habeas Corpus. He subsequently amended his Application on **March 30, 2015.**

(c)     This Court issued an order on **March 25, 2015** remanding the instant matter to

1

Filed In The District Court
of Travis County, Texas
on_____
at_____M.
Velva L. Price, District Clerk
000002

the trial court in order to allow the trial court to prepare findings of fact and conclusions of law regarding the claims raised in Applicant's writ application.

(d) The order issued by this Court directed the trial court to resolve the fact issues related to the Applicant's claim by **June 23, 2015**. This Court further ordered the trial court to forward, to this Court, a supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or disposition, along with the trial court's supplemental findings of fact and conclusions of law by **July 23, 2013**.

(e) This request is for an extension of **60 days** to prepare findings of fact and conclusions of law regarding the claims raised in Applicant's writ application and to forward, to this Court, a supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or disposition, along with the trial court's supplemental finds of fact and conclusions of law.

(f) The number of previous extensions of time granted to prepare findings of fact and conclusions of law regarding the claims raised in Applicant's writ application is: **none**.

(g) The trial court relies upon the following facts to reasonably explain the need for an extension of time:

1. The merits of this Application are still under investigation.

2. Given the age of this matter, attempts remain ongoing to find and interview

2

000003

witnesses with information relevant to the application with particular emphasis on addressing Applicant's claim of ineffective assistance of counsel for trial counsel's failure to investigate whether Applicant could have relied on the promiscuity defense available under Texas Penal Code 22.011(d)(1) at the time the offense was committed.

3.   This request is not made for the purpose of delay, but to ensure that the Court has a proper response to aid in the just disposition of the above cause.

WHEREFORE, PREMISES CONSIDERED, the trial court respectfully requests an extension of time to the Honorable Clifford Brown to the trial court to resolve the fact issues related to the Applicant's claim until **August 22, 2015**. The trial court further requests an extension of time to forward, to this Court, a supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or disposition, along with the trial court's supplemental findings of fact and conclusions of law until **September 21, 2015.**

Respectfully submitted,

Judge Julie Kocurek,
390th District Court
Travis County, Texas

3

000004

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this motion is being served by U.S. mail, electronic mail, facsimile or by hand-delivery, to Travis County Assistant District Attorney Kathryn Scales and to the Applicant at:

Keith Taylor
M.S.U.
Rusk State Hospital
P.O.Box 318
Rusk, TX 75785

Judge Julie Kocurek,
390th District Court
Travis County, Texas

4

000005

---------------------------------------------------------------------------------
## CLERK'S RECORD CERTIFICATE
---------------------------------------------------------------------------------

**THE STATE OF TEXAS**
**COUNTY OF TRAVIS**

I, VELVA L. PRICE, Clerk of the District Courts of Travis County, Texas, do hereby certify that the documents contained in this record to which this certifications is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

**GIVEN UNDER MY HAND AND SEAL** of said Court at Office in Austin, Travis County, Texas, this the _____ day of ___June___ , _2015_.



**VELVA L. PRICE**
District Clerk, Travis County, Texas

By: _____
Deputy

000006